IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Plaintiff**
Mary Regina Schertle .          *

v.                              *     Case No.:  JRR-21-1745

LM General Insurance Company .  *
**Defendant**

******

## CERTIFICATION - EXHIBITS TO BE SUBMITTED TO COURT

The undersigned counsel for the parties in this case hereby certify that they have marshaled all trial exhibits in this case with the Courtroom Deputy Clerk, and that they are satisfied, and do hereby stipulate that all of the trial exhibits that have been <u>admitted into evidence</u> are to be **released** to the jury room for use in jury deliberations.

**Counsel for Plaintiff**                    **Counsel for Defendant**

_Clay M. Barnes_                              _James Charles Mehigan_

*/s/ Clay M. Barnes*                          *[signature]*
_____                    _____

Date: August 11, 2022

✓ FILED     ___ ENTERED
___ LOGGED   ___ RECEIVED

4:58 pm, Aug 11 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

U.S. District Court (Rev. 5/2000) - Certification - Exhibits to be Submitted to Jury (Pleading)